In the United States District Court
For the Southern District of Georgia
Savannah Division

| | |
|---|---|
| Tommy Lee Williams, Henrietta Williams, Laquana Beniman, Brian Jamar Williams, Dewayne Jermaine Williams, and Latreka M. Edwards,<br>　　Plaintiffs,<br>v.<br>Bryan County, a Political Subdivision of the State of Georgia; City of Pembroke, a Political Subdivision of the State of Georgia; Clyde Smith, Individually and as Sheriff of Bryan County; Mark Crowe, Individually, as a Deputy Sheriff of Bryan County and as the Chief of Police of Pembroke Police Department; Cleve White, Individually, as a Deputy Sheriff of Bryan County and as a Police Officer of the Pembroke Police Department; and Susan Carrington Individually, and as a Deputy Sheriff of Bryan County,<br>　　Defendants. | Civil Action<br>File Number CV409-107 |

### PLAINTIFFS' MOTION TO DISMISS

Come Now, Tommy Lee Williams ("Plaintiffs"), Henrietta Williams, Laquana Beniman, Brian Jamar Williams, Jermaine Williams, and Latreka M. Edwards[1] and move the court, pursuant to Rule

---

[1] Henrietta Williams, Laquana Beniman, Brian Jamar Williams,

41(a)(2) of Federal Rules, for a dismissal of the remaining 14th amendment claims, with prejudice and all other rights, if any, without prejudice. Filed herewith is a brief in support of this motion.

Respectfully submitted this 9th day of February, 2010.

|  |  |
|---|---|
| Robert P. McFarland, Sr.<br>State Bar Number: 491250<br>(770) 889-2522 | /s/ Robert P. McFarland, Sr.<br>McFarland & McFarland, P. C.<br>309 Pirkle Ferry Road, B-400<br>Cumming, Georgia 30040 |
| Sage Brown<br>State Bar Number: 089625<br>(912) 236-0639 | /s/ Sage Brown<br>Sage Brown, P. C.<br>427 Montgomery St.<br>Savannah, GA 31401-4859 |

Jermaine Williams, and Latreka M. Edwards are sometimes collectively referenced herein as "Plaintiffs."

## CERTIFICATE OF SERVICE

This is to certify that I have this day duly served all parties in this case with **_Plaintiffs' Motion to Dismiss_** in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Respectfully submitted this 9th day of February, 2010.

|  |  |
|---|---|
| Robert P. McFarland, Sr.<br>State Bar Number: 491250<br>(770) 889-2522<br>Attorney for Plaintiffs | /s/ Robert P. McFarland, Sr.<br>McFarland & McFarland, P. C.<br>309 Pirkle Ferry Road, B-400<br>Cumming, Georgia 30040<br>bob@mcfarlandmcfarland.com |